IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CHRISTOPHER WIGGINS, AIS 256899, )  )  ) | |
| Petitioner, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 12-0712-CG-C |
| GARY HETZEL, ) ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 12, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 15th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE