IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM CHRISTOPHER WIGGINS, AIS 256899, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>GARY HETZEL, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 12-0712-CG-C |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Alternatively, this Court is procedurally barred from reaching the merits of petitioner's claims raised in the instant habeas corpus petition or, otherwise, petitioner's claims are hereby dismissed until he has properly raised and exhausted them in the state courts of Alabama. Wiggins is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 15th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE